UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: JUSTIN LAMONT WILLIAMS  CASE NO: 21-31229-WRS
155 SYLVEST DR APT 1404
MONTGOMERY, AL 36117

## INCOME WITHHOLDING ORDER

TO: WAL MART
ATTN PAYROLL
P O BOX 82
BENTONVILLE, AR 72712-0082

The debtor subjected all of his/her income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that WAL MART withhold from the wages, earnings, or other income (including vacation pay) of this debtor the sum of **$62.00 BI-WEEKLY. INCLUDE THE DEBTOR'S NAME AND CASE NUMBER WITH EACH REMITTANCE** and remit all such funds withheld to:

CHAPTER 13 TRUSTEE
P O BOX 613108
MEMPHIS TN 38101-3108

*OR* make payments electronically at https://www.tfsbillpay.com/employer

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month. The employer is also directed to notify the Trustee at 13trustee@ch13mdal.org if the employment status of the employee changes or the employee is terminated.

This Order supercedes any previous Order for payment in this case and continues in force and effect until further Order of this court.

Done Wednesday, December 8, 2021.

*/ s / William R. Sawyer*
William R. Sawyer
United States Bankruptcy Judge

cc: Debtor
    Debtor's Attorney